# EXHIBIT C



DISTRICTCOUNCIL9.NET

BUSINESS MANAGER/
SECRETARY TREASURER
**Joseph Azzopardi**

PRESIDENT
**John Drew**

## THE JOINT BOARD
## OF THE PAINTING AND DECORATING INDUSTRY
VIA__X__UPS Next Day Air, Return Receipt Requested__X__,
Facsmilie __X__

**Date: 2/19/20**

**Name and Address:**

A + Painting Inc.
**41 Clover Avenue**
**P.O. Box 310**
**Colonia, N.J. 07067**

A demand for arbitration, grievance and complaint, ("Demand"), has been filed with the Joint Trade Committee. The Demand(s) alleges that you are in violation of a provision of the Trade Agreement. Enclosed as service upon you is:

      a)  the following complaints:

**Date:**
**1/4/20**

**Nature of Dispute:**
**Discrimination Against The Job Steward.**
Three men were working at the Target store located at 1520 Forest Avenue, Staten Island, N.Y. Job Steward was not asked to work (Lulezim Shehaj).

**Art. XIII. Sec. 11. Violation 5.**

The arbitration hearing of the Demand (s) will take place at the offices of **District Council 9, IUPAT, 45 West 14th Street, New York – Mezzanine floor** on **Thursday, March 19, 2020 @ 10:00 a.m.** and pursuant to Article XIII, Section 2(g) of the Trade Agreement, in the event of your failure to appear on the date scheduled for this hearing, a decision of the Joint Trade Committee may be issued in your absence.

**Very truly yours,**

**The Joint Trade Committee**

NYC—PAINTERS, GLAZIERS, WALLCOVERERS
45 WEST 14TH STREET
NEW YORK NY 10011
TEL 212-255-2950
FAX 212-255-1151

STRUCTURAL STEEL & BRIDGEPAINTERS
40 WEST 27TH STREET
NEW YORK NY 10001
TEL 212-447-0149
FAX 212-545-8386

DRYWALL TAPERS & POINTERS
15 WEST 14TH STREET
NEW YORK NY 10011
TEL 212-242-8500
FAX 212-242-2356

METAL POLISHERS & SIGN & DISPLAY

NASSAU—SUFFOLK

WESTCHESTER—PUTNAM

HUDSON VALLEY

ALBANY & NORTH

PAINTING & WALL COVERING | GLAZIER & ARCHITECTURAL METAL & GLASS WORK | STRUCTURAL STEEL & BRIDGEPAINTING | DRYWALL FINISHING | WINDOW FILMING | METAL POLISHING | SIGN & DISPLAY

LU 18  •  LU 19  •  LU 20  •  LU 24  •  LU 113  •  LU 155  •  LU 201  •  LU 466  •  LU 490  •  LU 806  •  LU 1087  •  LU 1456  •  LU 1486  •  LU 1969  •  LU 1974  •  LU 8A-28A

## JOINT TRADE COMMITTEE of the PAINTING and DECORATING INDUSTRY
## DEMAND for ARBITRATION, GRIEVANCE and COMPLAINT

To institute proceedings before the Joint Trade Committee of the Painting and Decorating Industry, these demands must be filled out completely and mailed or hand-delivered to the Joint Trade Committee office located at:
45 West 14th Street, 2nd Floor, New York, NY 10011

DATE: **01/9/20**

CLAIMANT: **DISTRICT COUNCIL # 9**

ADDRESS: **45 WEST 14th STREET**

CITY: **NEW YORK**                    STATE: **NY**        ZIPCODE: **10011**
  NAME OF REPRESENTATIVE:  **Ernie Castellana**
  REPRESENTATIVE'S ADDRESS: **45 WEST 14 STREET**

  CITY:  **NEW YORK**                    STATE: **NY**    ZIPCODE: **10011**

  TELEPHONE # **(212) 255-2950**            FAX # **(212) 255-1151**

RESPONDENT: **A+Painting Inc**

ADDRESS: PO Box 310 /41 Clover ave

CITY: Colonia   STATE: NJ   ZIPCODE: 07067
                        Mike Todario

TELEPHONE: 732-713-9595  Fax:  email: brush0110@hotmail.com

The named claimant, a party to an arbitration agreement contained in a written Trade Agreement providing for arbitration pursuant to the rules and regulations of Joint Trade Committee of the Painting Industry hereby demands the Arbitration there under:

DATE: 01/04/20 **DAY OF THE WEEK: Saturday TIME: 11am**

NATURE OF DISPUTE: Discrimination against the job Steward Lulezim Shehaj 3 men working at Target Store in Staten Island 1520 Forest Ave.  Job steward was not asked to work.

### TRADE AGREEMENT CONTRACT: ART: XIII SEC: 11 Violation 5

PLEASE TAKE FURTHER NOTICE that, unless within twenty (20) days after service of this Demand for Arbitration and Complaint you apply to stay the arbitration herein pursuant to Article 75 of the New York Civil Practice Law and Rules, you shall thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in court the bar of a limitation of time.

HEARING LOCATION REQUESTED: (NEW YORK), WESTCHESTER or LONG ISLAND *(circle one please)*

Signed:                                    *Title: Business Representative*

**Laura Tutino**

**From:**       Joseph Ramaglia <jramaglia@fsnnewyork.com>
**Sent:**       Tuesday, August 4, 2020 2:47 PM
**To:**         Laura Tutino
**Subject:**    DC 9 Joint Trade Board Hearing – A+ Painting

DC 9 Joint Trade Board Hearing - A+ Painting
Thursday, September 3, 2020 at 10:00 AM
**Dial-In #:** 1-510-338-9438
**Access Code:** 126 606 3622
**Password:** 58846896

1



DISTRICTCOUNCIL9.NET

BUSINESS MANAGER/
SECRETARY TREASURER      PRESIDENT
**Joseph Azzopardi**         **John Drew**

7/21/2020

Good afternoon everyone,

Attached is a charge for A+ Painting, Inc. This charge was scheduled to be heard originally on Thursday, March 19th 2020, but due to Covid 19 and the unavailability of various parties, it has been rescheduled for <u>Via Conference Call on Thursday, September 3rd, 2020 at 10AM.</u>

If you *do not* participate via conference call, the hearing will be conducted by the Joint Trade Committee in your absence pursuant to the terms of the Collective Bargaining Agreement. [Art. XIII. Sec. 7. (g)]

---

NYC—PAINTERS, GLAZIERS, WALLCOVERERS
45 WEST 14TH STREET
NEW YORK, NY 10011
TEL 212 255 2950
FAX 212-255-1151

STRUCTURAL STEEL & BRIDGEPAINTERS
40 WEST 27TH STREET
NEW YORK, NY 10001
TEL 212-347-0149
FAX 212-545-0386

DRYWALL TAPERS & POINTERS
45 WEST 14TH STREET
NEW YORK NY 10011
TEL: 212-242-8500
FAX 212-242-2356

METAL POLISHERS & SIGN & DISPLAY
36 18 33RD STREET
LONG ISLAND CITY, NY
11106
TEL: 718-361-1770
FAX 718-361-1934

NASSAU—SUFFOLK
20 BROAD HOLLOW ROAD
STE 3008
ROUTE 110
MELVILLE NY 11747
TEL: 631-581 8900
FAX: 631 581-0189

WESTCHESTER—PUTNAM
595 WEST HARTSDALE AVENUE
WHITE PLAINS, NY 10607
TEL 914-592 1696
FAX 914-592 1272

HUDSON VALLEY
21 AIRPORT DRIVE
WAPPINGERS FALLS, NY
12590
TEL: 845-473-0564
FAX 845-473-6550

ALBANY & NORTH
990 3RD STREET
ALBANY NY 12206
TEL 518 489-5791
FAX 518 453-1598

PAINTING & WALL COVERING | GLAZIER & ARCHITECTURAL METAL & GLASS WORK | STRUCTURAL STEEL & BRIDGEPAINTING | DRYWALL FINISHING | WINDOW FILMING | METAL POLISHING | SIGN & DISPLAY

LU 18 · LU 19 · LU 20 · LU 24 · LU 113 · LU 155 · LU 201 · LU 466 · LU 490 · LU 806 · LU 1087 · LU 1456 · LU 1486 · LU 1969 · LU 1974 · LU 8A-28A