# EXHIBIT D

**BIS** | **BARNES IACCARINO & SHEPHERD LLP**

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

October 6, 2020

**_VIA CERTIFIED MAIL RRR & FIRST CLASS MAIL_**
A Plus Painting Inc. a/k/a
A Plus Painting & Construction
41 Clover Ave
P.O. Box 310
Colonia, NJ 07067

3327 70th Street
Jackson Heights, NY 11372

RECEIPT
9214 7839 1130 2401 0102 55
FROM: BIS LLP
RE: DC 9 JTC -A Plus Painting
SEND TO:
A Plus Painting Inc. a/k/a
A Plus Painting & Construction
41 Clover Avenue
P.O. Box 310
Colonia NJ 07067
FEES:
Postage                0.39
Certified Fee          2.40
Return Receipt         1.85
Restricted
TOTAL                 $ 4.64
POSTMARK OR DATE

**DECISION COVER LETTER**

**DECISION and AWARD**
Re:   District Council No. 9, IUPAT

Dear Sir/Madam:

Please be advised that this firm represents the District Council No. 9, Affiliated with International Union of Allied Painters and Allied Trades, A.F.L.-C.I.O.

Enclosed please find a copy of the Decision and Award in accordance with the Joint Trade Committee hearing held on September 3, 2020. The following amount are owed by your company, please make check payable as follow:

- $291.90 made payable to the "PIIAF"
- $451.50 made payable to "Lulezim Shehaj"

Please mail payment to the attention of Lauren Kugielska.

Unless satisfactory arrangements are made to liquidate this delinquency within ten (10) days of your receipt of this letter, we will have no alternative but to institute appropriate legal proceedings against your company on behalf of the District Council No. 9, IUPAT.

In the event that legal proceedings are instituted, in addition to the delinquency, your company may be liable for the following:

- ADDITIONAL INTEREST
- COURT COSTS AND DISBURSEMENTS
- ATTORNEYS' FEES

Thank you for your anticipated cooperation and courtesies.

Very truly yours,

Silvia Olivera, Paralegal

Enc.

```
RECEIPT
7214 7839 1130 2401 0102 62

FROM:
BIS LLP
RE: DC 9 JTC -A Plus Painting

SEND TO:
A Plus Painting Inc a/k/a
A Plus Painting & Construction
3327 70th Street
Jackson Heights NY 11372

FEES:
Postage            0.39
Certified Fee      2.40
Return Receipt     1.85
Restricted

TOTAL            $ 4.64

POSTMARK OR DATE
```