# EXHIBIT E



**BARNES IACCARINO & SHEPHERD LLP**

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

October 16, 2020

**VIA EMAIL, CERTIFIED MAIL RRR & FIRST CLASS MAIL**
A Plus Painting Inc. a/k/a
A Plus Painting & Construction
41 Clover Avenue
P.O. Box 310
Colonia, NJ 07067

**DEMAND LETTER**
Re:   District Council No. 9, IUPAT

Dear Sir/Madam:

Please be advised that this firm represents the District Council No. 9, Affiliated with International Union of Allied Painters and Allied Trades, A.F.L.-C.I.O.

Enclosed please find a copy of the Joint Trade Committee Decision that was sent to your company on October 6, 2020.

Demand is hereby made that you comply with the attached decision within ten (10) days of receipt. In the event that you fail to comply, we will have no other choice but to initiate litigation.

Thank you for your anticipated cooperation and courtesies.

Very truly yours,

/s/ Silvia Olivera
Silvia Olivera, Paralegal

Enc.