UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO.9 )
PAINTING INDUSTRY INSURANCE FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
DISTRICT COUNCIL NO. 9 INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
A.F.L.-C.I.O.                          ) Index No.: 1:21-cv-00287 (JSR)
                                       )
      Petitioners,                  )
                                       )
-against-                              )
                                       )
A Plus Painting Inc. a/k/a A Plus Painting & Construction, )
                                       )
      Respondent.                   )

---

This action having been commenced on January 13, 2020 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Respondent, A Plus Painting Inc. a/k/a A Plus Painting & Construction, on January 15, 2021 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on February 17, 2021 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Petitioners have judgment against Respondent in the liquidated amount of $743.40, which is the principal amount of the arbitration award that is the subject of the Petition.

ORDERED, that the Judgment rendered by the court on this day in favor of the Petitioners be entered as a final judgment against Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
       2/26/ , 2021

So Ordered:

_____
Honorable Jed S. Rakoff, U.S.D.J.